# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MP3TUNES, LLC, <br><br>　　　　　　　　　　　　Plaintiff, <br> vs. <br> EMI GROUP, PLC, et al., <br><br>　　　　　　　　　　　　Defendants. | CASE NO. 07CV1844 WQH (NLS) <br><br> ORDER GRANTING EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT |

HAYES, Judge:

　　On September 20, 2007, Plaintiff MP3Tunes, LLC filed the Complaint in this matter. (Doc. # 1). On November 13, 2007, Defendants EMI Group, PLC; EMI Group North America Holdings, Inc.; EMI Group North America, Inc.; and EMI Music North America, LLC filed a motion to dismiss the Complaint. (Doc. # 14). On December 3, 2007, Plaintiff filed an Amended Complaint. (Doc. # 17).

　　On December 14, 2007, Plaintiff and Defendants EMI Group, PLC; EMI Group North America Holdings, Inc.; EMI Group North America, Inc.; and EMI Music North America, LLC filed a joint motion to extend the time that Defendants have to respond to the Amended Complaint. (Doc. # 23). Good cause appearing, the joint motion (Doc. # 23) is GRANTED. Defendants EMI Group, PLC; EMI Group North America Holdings, Inc.; EMI Group North America, Inc.; and EMI Music North America, LLC shall respond to the Amended Complaint within fourteen days of this Court's Order on Defendants' motion to dismiss.

　　**IT IS SO ORDERED**.

DATED: December 18, 2007

　　　　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　　　United States District Judge